NUMBER 13-08-00733-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

NATIONAL HERITAGE FOUNDATION, INC., APPELLANT,


v.



JUAN J. MANCILLAS, M. D. AND SYLVIA MANCILLAS, 

INDIVIDUALLY AND AS NEXT FRIENDS OF CARLO 

LANDA MANCILLAS, AND OMAR LANDA MANCILLAS, APPELLEES.

 

_____________________________________________________________


On Appeal from the 404th District Court 


of Cameron County, Texas.


______________________________________________________________



MEMORANDUM OPINION


 

Before Chief Justice Valdez and Justices Yañez and Vela


Memorandum Opinion Per Curiam


 Appellant perfected an appeal from a judgment entered by the 404th District Court
of Cameron County, Texas, in cause number 2005-12-6163-G. Appellant has filed an
unopposed motion for voluntary dismissal of appeal with prejudice on grounds that the
parties have reached a settlement. Appellant requests that this Court dismiss the appeal. 
 This appeal was abated by this Court on February 12, 2009, due to the bankruptcy
of one of the parties to this appeal. See 11 U.S.C. § 362; see generally Tex. R. App. P. 8. 
The Bankruptcy Court has approved the settlement. Accordingly, this appeal is
REINSTATED.

 The Court, having considered the documents on file and appellant's unopposed
motion for voluntary dismissal of appeal, is of the opinion that the motion should be
granted. See Tex. R. App. P. 42.1(a). Appellant's motion to dismiss is granted, and the
appeal is hereby DISMISSED WITH PREJUDICE. Costs will be taxed against appellant.
See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs
against the appellant."). Having dismissed the appeal at the appellant's request, no motion
for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM

Delivered and filed the 25th 

day of February, 2010.